PLAGER, Circuit Judge.
Witex, U.S.A., Inc. and Mannington Mills, Inc. appeal from a judgment of the United States Court of International Trade[1] that sustained the classification of its imported laminated panels by the United States Customs Service under subheading 4411.19.40 of the Harmonized Tariff Schedule of the United States (HTSUS).
In a companion case decided today, Faus Group, Inc. v. United States, 581 F.3d 1369 (Fed.Cir.2009), we hold that similar products should be classified under HTSUS subheading 4418.90.40 (2001), which reads: “Builders’ joinery and carpentry of wood, including cellular wood panels and assembled parquet panels; shingles and shakes: Other: Other.” *570 That holding applies as well to the merchandise at issue in this ease. Accordingly, we reverse the judgment of the Court of International Trade.

. Witex, U.S.A., Inc. v. United States, 577 F.Supp.2d 1353 (Ct. Int'l Trade 2008).